UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| LARSON-JUHL US LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>      Defendant. | Court No. 23-00032 |

## **JOINT STATUS REPORT**

In accordance with the Court's minute order of October 20, 2023, ECF No. 22, directing the parties to file a status report on or before 5 p.m. Eastern on Tuesday, November 7, 2023, the parties hereby jointly advise the Court of the status of this action.

On October 12, 2023, plaintiff filed a motion to continue the stay of proceedings issued on May 26, 2023, ECF 14, pending final judgment in two actions: *China Cornici Co., Ltd. et al v. United States*, CIT 23-00216, and *China Cornici Co., Ltd. et al v. United States*, CIT 23-00217. Thereafter, the Court held a Status Conference on October 20, 2023, in which the Court asked the parties to reconsider the request to continue the stay and to discuss the order in which the three cases should proceed.

Plaintiff has reviewed the issues involved in the three cases and how judgment in each will impact the others, and believes that the three actions should proceed independently of each other. A proposed scheduling order for this action (Court No. 23-00032) has been filed contemporaneously with this Joint Status Report. As reflected in the proposed order, Defendant will file its response to plaintiff's complaint in this case within sixty (60) days of the entry of the order, and the response may include a motion to dismiss. A motion to withdraw the motion to continue the stay has also been filed.

Scheduling orders for Court Nos. 23-00216 and 23-00217 will be filed as provided for in the Rules of the U.S. Court of International Trade.

Respectfully submitted,

| | |
|---|---|
| ROBERT KEVIN WILLIAMS | BRIAN M. BOYNTON |
| /s/ Robert Kevin Williams | Principal Deputy Assistant Attorney General |
| Clark Hill PLC<br>130 E. Randolph Street<br>Suite 3900<br>Chicago, IL 60601<br>312.985.5907<br>kwilliams@clarkhill.com | PATRICIA M. McCARTHY<br>Director<br><br>JUSTIN R. MILLER<br>/s/ Justin R. Miller<br>Attorney-In-Charge<br>International Trade Field Office |
| Mark R. Ludwikowski<br>Kelsey Christensen<br>Sally Alghazali<br>1001 Pennsylvania Avenue, NW<br>Suite 1300 South<br>Washington, DC 20004<br>202.772.0909 | HARDEEP K. JOSAN<br>/s/ Hardeep K. Josan<br>Trial Attorney<br>Commercial Litigation Branch<br>Department of Justice, Civil Division<br>26 Federal Plaza – Suite 346<br>New York, New York 10278<br>212-264-9245 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |