UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| LARSON-JUHL US LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>      Defendant. | Court No. 23-00032 |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's order of May 26, 2023, ECF No. 14, the parties propose the following schedule:

1. Defendant shall file its response to Plaintiff's Complaint no later than sixty (60) days after the adoption of a Scheduling Order in this action. A response to the Complaint may include a motion to dismiss.

2. Discovery shall be completed by May 1, 2024;

3. Any motions regarding discovery will be filed no later than 30 days after the close of discovery;

4. Dispositive motions, if any, shall be filed on or before August 1, 2024. A brief in response to a dispositive motion may include a dispositive cross-motion;

5. If no dispositive motions are filed, a request for trial, if any, accompanied by a Proposed Order Governing Preparation for Trial, shall be filed on or before September 1, 2024;

6. If necessary, trial will begin at a time and place ordered by the court.

SO ORDERED.

The Clerk of the Court is directed to forward copies of this scheduling order to counsel for all parties.

                     _____
                     STEPHEN ALEXANDER VADEN, JUDGE

Dated: New York, New York

This ____ day of November ,2023