UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| LARSON-JUHL US LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>        Defendant. | Court No. 23-00032 |

## CONSENT MOTION TO WITHDRAW REQUEST TO CONTINUE STAY

For the reasons stated in the Joint Status Report filed in this action on November 7, 2023, plaintiff respectfully requests permission to withdraw the Motion to Stay Further Proceedings filed on October 12, 2023, ECF No. 17. After further consultation with the Court in a Status Conference on October 20, 2023, plaintiff believes that a continuation of the stay issued on May 26, 2023, is unnecessary. On November 7, 2023, undersigned counsel consulted with Hardeep K. Josan, counsel for defendant, via email, who consented to this motion.

              Respectfully submitted,

              ROBERT KEVIN WILLIAMS

              /s/ Robert Kevin Williams

              Clark Hill PLC
              130 E. Randolph Street
              Suite 3900
              Chicago, IL 60601
              312.985.5907
              kwilliams@clarkhill.com

              Mark R. Ludwikowski
              Kelsey Christensen
              Sally Alghazali
              1001 Pennsylvania Avenue, NW
              Suite 1300 South
              Washington, DC 20004

              *Counsel for Plaintiff*

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| LARSON-JUHL US LLC,<br><br>                        Plaintiff,<br><br>            v.<br><br>UNITED STATES,<br><br>                        Defendant. | Court No. 23-00032 |

## ORDER

On review of the parties' Joint Status Report and plaintiff's Consent Motion to Withdraw Request to Continue Stay, the Court hereby **ORDERS**:

    That plaintiff's request to withdraw its Unopposed Motion to Continue Stay (ECF No. 17) is **GRANTED.**

    **SO ORDERED.**

                                                      _____
                                                      Stephen Alexander Vaden, Judge

Dated: November ____, 2023
        New York, New York