UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| LARSON-JUHL US LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant.* | Court No.: 23-00032 |

### NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND REQUEST TO TERMINATE ECF NOTIFICATIONS FOR SALLY ALGHAZALI

I hereby give notice that counsel Sally Alghazali, formerly of Clark Hill, PLC, is no longer with the firm. The remaining counsel at Clark Hill, PLC asks the Court to withdraw Mrs. Alghazali as counsel of record for Plaintiff **Larson-Juhl US LLC** and to have her ECF notifications terminated in connection with this matter. We are accordingly filing Form 18 for Mrs. Alghazali, Notification of Termination of Access to Business Proprietary Information, in this case.

Mark Ludwikowski, of Clark Hill, PLC, will be the lead counsel of record for Plaintiffs and Plaintiffs have been notified of and agreed to this request.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: June 16, 2025 | /s/ Mark Ludwikowski |
|  | Mark Ludwikowski |

**CLARK HILL, PLC**
1001 Pennsylvania Ave., N.W.
Suite 1300 South
Washington, DC 20004
(202) 640-6680
mludwikowski@ClarkHill.com

Form18-1

**Form 18**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>Defendant. | Court No. 23-00032<br>[and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

___Sally Alghazali_____ declares that (check one)

1)     TERMINATION BY AN INDIVIDUAL

☐     I am an attorney/consultant representing or retained on behalf of_____ _____ in this action [and on behalf of the parties indicated in the actions listed on the attached schedule]. I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s]. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____      _____
[Name of proceeding]                                                [Case or investigation no.]

OR

Form18-2

2)   TERMINATION BY A FIRM

☐   I am an attorney representing _____in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____        _____
        [Name of proceeding]                             [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

_____
[Attorney or consultant]

_____

_____

_____
[Address and Telephone Number]

Date: _____

Form18-3

## Schedule to Notification of Termination of Access to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
|  |  |  |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)